NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Z.A. SEA FOODS PRIVATE LTD., B-ONE BUSINESS HOUSE PVT. LTD., HARI MARINE PRIVATE LTD., MAGNUM EXPORT, MEGAA MODA PVT. LTD., MILSHA AGRO EXPORTS PRIVATE LTD., SEA FOODS PRIVATE LTD., SHIMPO EXPORTS, FIVE STAR MARINE EXPORTS PRIVATE LIMITED, HN INDIGOS PRIVATE LTD., RSA MARINES, ZEAL AQUA LTD.,**
*Plaintiffs-Appellees*

v.

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Defendant-Appellant*

**UNITED STATES,**
*Defendant*

---

2023-1469

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00031-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

B-One Business House Pvt. Ltd., Five Star Marine Exports Private Limited, Hari Marine Private Ltd., HN Indigos Private Ltd., Magnum Export, Megaa Moda Pvt. Ltd., Milsha Agro Exports Private Ltd., RSA Marines, Sea Foods Private Ltd., Shimpo Exports, Z.A. Sea Foods Private Ltd. and Zeal Aqua Ltd. move unopposed for leave to file an entry of appearance for Jonathan M. Freed and MacKensie R. Sugama and include an entry of appearance.

In reviewing the entry of appearance, the court notes that the entry of appearance is non-compliant because the address/contact information for Jonathan M. Freed differs from the address/contact information associated with the user's account.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Within three business days, the information for Jonathan M. Freed shall be updated through Pacer, if appropriate, and Appellees shall file an amended entry of appearance.

FOR THE COURT

May 7, 2024
Date

Jarrett B. Perlow
Clerk of Court